■ In the Matter of TODD J. CASELLA, Respondent, v YATES COUNTY BOARD OF ELECTIONS et al., Respondents, and PENELOPE J. MARCHIONDA, Appellant. (Appeal No. 2.) [57 NYS3d 920]—Appeal from an order of the Supreme Court, Steuben County (John J. Ark, J.), entered August 17, 2017 in a proceeding pursuant to Election Law article 16. The order granted the petition, validated the designating petitions of petitioner and ordered respondent Yates County Board of Elections to place petitioner's name on the ballot as a candidate for the office of District Attorney of Yates County for the Independence Party and Reform Party primaries on September 12, 2017.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Marchionda v Casella* ([appeal No. 1] 153 AD3d 1133 [2017]). Present—Centra, J.P., NeMoyer, Troutman and Winslow, JJ.